■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE WALKER, Appellant. [683 NYS2d 434] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered February 2, 1995, convicting him of criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant's arrest was lawfully based upon a properly

executed warrant, and the ensuing search of his person was therefore valid (*see, People v Dougherty,* 251 AD2d 344; *People v Jackson,* 241 AD2d 557; *People v McCoy,* 239 AD2d 437; *see also, Whren v United States,* 517 US 806; *People v Troiano,* 35 NY2d 476; *People v Lester,* 232 AD2d 427).

The defendant's remaining contentions are either unpreserved for appellate review (*see, People v Fields,* 215 AD2d 775; *People v Holiday,* 213 AD2d 672; *People v Wannamaker,* 211 AD2d 832; *cf., People v Graves,* 85 NY2d 1024), or without merit (*see, People v Prochilo,* 41 NY2d 759). Rosenblatt, J. P., Ritter, Copertino and Thompson, JJ., concur.